| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.253.93.204 | 2016-09-29 00:33:48 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Goshen | Elkhart |
| 2 | 68.45.172.40 | 2016-09-29 08:56:20 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Fort Wayne | Allen |
| 3 | 68.59.171.217 | 2016-09-29 10:28:34 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Fort Wayne | Allen |
| 4 | 68.38.120.26 | 2016-09-29 13:59:49 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Fort Wayne | Allen |
| 5 | 50.178.146.7 | 2016-09-29 14:43:33 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Anderson | Lake |
| 6 | 73.208.167.153 | 2016-09-29 19:03:39 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Gary | Lake |
| 7 | 24.15.208.105 | 2016-09-29 19:04:22 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Gary | Lake |
| 8 | 67.163.47.41 | 2016-09-29 19:34:09 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Merrillville | Lake |
| 9 | 73.211.25.174 | 2016-09-29 22:37:04 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Hobart | Lake |
| 10 | 68.39.178.184 | 2016-09-29 23:32:06 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Peru | Miami |